Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−19480−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Leticia Rodriguez
    42 Carmen st.
    Somerset, NJ 08873

Social Security No.:
    xxx−xx−5851

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            2/9/22
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 4, 2022
JAN: mjb

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-19480-MBK
Leticia Rodriguez  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Jan 04, 2022     Form ID: 132     Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leticia Rodriguez, 42 Carmen st., Somerset, NJ 08873-2407 |
| 519457576 | + | Aes/Nct, Po Box 61047, Harrisburg, PA 17106-1047 |
| 519457578 | | Best Egg, 3419 Silverside Rd, Wilmington, DE 19810 |
| 519457579 | + | Cap1/L&T, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519477436 | + | Chase Master Card Rewards, PO Box 15548, Wilmington, DE 19886-5548 |
| 519457585 | + | Court Officer Eric DeGuilo, PO Box 7000, Gren Brook, NJ 08812-7000 |
| 519457588 | + | Goodyr/Cbna, P.O. Box 5003, Sioux Falls, SD 57117-5003 |
| 519457590 | + | Jhpde Finance I, Llc, 5757 Phantom Dr Ste 250, Hazelwood, MO 63042-2432 |
| 519457593 | + | Nissan, P.O. BOX 740849, Cincinnati, OH 45274-0849 |
| 519457599 | | State of New Jersey/Division of Taxation, Administration/Bldg. 6, 595 Newark Ave., Jersey City, 07306-2394 |
| 519477439 | + | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519457610 | + | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 519472776 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519461771 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 519457611 | + | Wf Crd Svc, Po Box 14517, Des Moines, IA 50306-3517 |
| 519457612 | + | Wf Pll, Po Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 04 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 04 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519457575 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 04 2022 20:43:00 | Absolute Resolutions I, 8000 Norman Center Dr St, Bloomington, MN 55437 |
| 519470073 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 04 2022 20:43:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 519457577 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2022 20:52:51 | Best Buy/Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 519457580 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 04 2022 20:42:28 | Capital One, N.A., Po Box 30273, Salt Lake City, UT 84130-0273 |
| 519457581 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2022 20:53:01 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519457582 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2022 20:53:01 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519457583 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2022 20:52:55 | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519477437 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2022 20:53:01 | Citi Diamond Preferred Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 519457584 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 04 2022 20:43:00 | Comenitybank/Ny&Co, Po Box 182789, |

| Recip ID | | Notice Type | Timestamp | Name and Address |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2789 |
| 519477438 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2022 20:52:55 | Macys/Dsnb, Po Box 8218, Mason, OH 45040 |
| 519461591 | | Email/Text: mrdiscen@discover.com | Jan 04 2022 20:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519457586 | + | Email/Text: mrdiscen@discover.com | Jan 04 2022 20:43:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 519457589 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 04 2022 20:43:00 | IRS, 955 S. Springfield Avenue, Bldg. A, Springfield, NJ 07081 |
| 519477435 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 04 2022 20:42:15 | Chase Freedom Card, PO Box 15548, Wilmington, DE 19886 |
| 519457591 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 04 2022 20:42:34 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519457592 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 04 2022 20:43:00 | Kohls/Capone, N56 Ridgewood Dr, Menomonee Fal, WI 53051 |
| 519457594 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 04 2022 20:43:00 | Pnc Bank, Po Box 8703, Dayton, OH 45401 |
| 519457595 | + | Email/Text: bankruptcy@rubinrothman.com | Jan 04 2022 20:43:00 | Rubin & Rothman LLC, 1787 Veterans Highway, Attn Krista Miller Esq., Islandia, NY 11749-1500 |
| 519457596 | + | Email/Text: bankruptcy@savit.com | Jan 04 2022 20:43:00 | Sa Vit Collection Agen, 46c W Ferris St, East Brunswick, NJ 08816-2159 |
| 519457598 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2022 20:52:55 | Sears/Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519457597 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2022 20:52:51 | Sears/Cbna, 13200 Smith Rd, Cleveland, OH 44130-7802 |
| 519457600 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2022 20:42:34 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519457601 | | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2022 20:42:15 | Syncb/Care, C/O P.O. Box 965036, Orlando, FL 32896-5036 |
| 519457602 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2022 20:42:13 | Syncb/Carecr, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 519457603 | | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2022 20:42:25 | Syncb/Oldnav, P.O. Box 29116, Shawnee Missio, KS 66201 |
| 519457604 | | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2022 20:42:25 | Syncb/Pcri, C/O P.O. Box 965036, Orlando, FL 32896-5036 |
| 519457606 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2022 20:42:26 | Syncb/Tjx, Po Box 965015, Orlando, FL 32896-5015 |
| 519457605 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2022 20:42:15 | Syncb/Tjx, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519457609 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 04 2022 20:43:00 | Toyota Motor Credit, 4 Gatehall Dr. #350, Parsippany, NJ 07954 |
| 519457608 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 04 2022 20:43:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519457587 | | Dsnb Macys |
| 519457607 | | Syncb/Tjxdc |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2022 | Form ID: 132 | Total Noticed: 48 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2022                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| J. Todd Murphy | on behalf of Debtor Leticia Rodriguez tmurphy@toddmurphylaw.com tmurphyecfmail@gmail.com;ejacobson381@gmail.com;G7187@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4