Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−19480−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Leticia Rodriguez
  42 Carmen st.
  Somerset, NJ 08873

Social Security No.:
  xxx−xx−5851

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 14, 2022.

Dated: March 14, 2022
JAN: wiq

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-19480-MBK |
| Leticia Rodriguez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 14, 2022 | Form ID: plncf13 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leticia Rodriguez, 42 Carmen st., Somerset, NJ 08873-2407 |
| 519457576 | + | Aes/Nct, Po Box 61047, Harrisburg, PA 17106-1047 |
| 519457578 | + | Best Egg, 3419 Silverside Rd, Wilmington, DE 19810-4801 |
| 519477436 | + | Chase Master Card Rewards, PO Box 15548, Wilmington, DE 19886-5548 |
| 519457585 | + | Court Officer Eric DeGuilo, PO Box 7000, Gren Brook, NJ 08812-7000 |
| 519457588 | + | Goodyr/Cbna, P.O. Box 5003, Sioux Falls, SD 57117-5003 |
| 519457590 | ++ | JHPDE FINANCE I LLC, ATTN CLIENT SERVICES, 5757 PHANTOM DRIVE, SUITE 250, HAZELWOOD MO 63042-2432 address filed with court:, Jhpde Finance I, Llc, 5757 Phantom Dr Ste 250, Hazelwood, MO 63042 |
| 519457593 | + | Nissan, P.O. BOX 740849, Cincinnati, OH 45274-0849 |
| 519457599 | | State of New Jersey/Division of Taxation, Administration/Bldg. 6, 595 Newark Ave., Jersey City, 07306-2394 |
| 519477439 | + | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519457610 | + | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 519472776 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519461771 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 519457611 | + | Wf Crd Svc, Po Box 14517, Des Moines, IA 50306-3517 |
| 519457612 | + | Wf Pll, Po Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 14 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 14 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519457575 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 14 2022 20:35:00 | Absolute Resolutions I, 8000 Norman Center Dr St, Bloomington, MN 55437 |
| 519470073 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 14 2022 20:35:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 519457577 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2022 20:47:20 | Best Buy/Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 519457579 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2022 20:47:16 | Cap1/L&T, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519457580 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2022 20:47:27 | Capital One, N.A., Po Box 30273, Salt Lake City, UT 84130-0273 |
| 519457581 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2022 20:47:20 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519457582 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2022 20:47:10 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519457583 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2022 20:47:31 | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 14, 2022 | Form ID: plncf13 | Total Noticed: 51 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519477437 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2022 20:47:10 | Citi Diamond Preferred Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 519457584 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 14 2022 20:36:00 | Comenitybank/Ny&Co, Po Box 182789, Columbus, OH 43218-2789 |
| 519477438 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2022 20:47:20 | Macys/Dsnb, Po Box 8218, Mason, OH 45040 |
| 519461591 | | Email/Text: mrdiscen@discover.com | Mar 14 2022 20:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519457586 | + | Email/Text: mrdiscen@discover.com | Mar 14 2022 20:35:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 519457589 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 14 2022 20:36:00 | IRS, 955 S. Springfield Avenue, Bldg. A, Springfield, NJ 07081 |
| 519457590 | | Email/Text: clientservices@paradigmassets.com | Mar 14 2022 20:36:00 | Jhpde Finance I, Llc, 5757 Phantom Dr Ste 250, Hazelwood, MO 63042 |
| 519477435 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2022 20:47:16 | Chase Freedom Card, PO Box 15548, Wilmington, DE 19886 |
| 519457591 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2022 20:47:15 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519457592 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 14 2022 20:35:00 | Kohls/Capone, N56 Ridgewood Dr, Menomonee Fal, WI 53051 |
| 519510560 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 14 2022 20:35:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519457594 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 14 2022 20:35:00 | Pnc Bank, Po Box 8703, Dayton, OH 45401 |
| 519509611 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2022 20:47:09 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519457595 | + | Email/Text: bankruptcy@rubinrothman.com | Mar 14 2022 20:35:00 | Rubin & Rothman LLC, 1787 Veterans Highway, Attn Krista Miller Esq., Islandia, NY 11749-1500 |
| 519457596 | + | Email/Text: bankruptcy@savit.com | Mar 14 2022 20:36:00 | Sa Vit Collection Agen, 46c W Ferris St, East Brunswick, NJ 08816-2159 |
| 519457598 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2022 20:47:20 | Sears/Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519457597 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2022 20:47:20 | Sears/Cbna, 13200 Smith Rd, Cleveland, OH 44130-7802 |
| 519457600 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2022 20:47:28 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519457601 | | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2022 20:47:07 | Syncb/Care, C/O P.O. Box 965036, Orlando, FL 32896-5036 |
| 519457602 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2022 20:47:28 | Syncb/Carecr, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 519457603 | | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2022 20:47:17 | Syncb/Oldnav, P.O. Box 29116, Shawnee Missio, KS 66201 |
| 519457604 | | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2022 20:47:17 | Syncb/Pcri, C/O P.O. Box 965036, Orlando, FL 32896-5036 |
| 519457606 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2022 20:47:17 | Syncb/Tjx, Po Box 965015, Orlando, FL 32896-5015 |
| 519457605 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2022 20:47:16 | Syncb/Tjx, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519457609 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 14 2022 20:36:00 | Toyota Motor Credit, 4 Gatehall Dr. #350, Parsippany, NJ 07954 |
| 519477439 | + | Email/Text: ClericalSupport@tenagliahunt.com | Mar 14 2022 20:36:00 | Tenaglia & Hunt, 395 West Passaic Street, Suite |

Case 21-19480-MBK    Doc 25    Filed 03/16/22    Entered 03/17/22 00:12:53    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 14, 2022 | Form ID: plncf13 | Total Noticed: 51 |

| 519457608 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | | 205, Rochelle Park, NJ 07662-3016 |
|---|---|---|---|
| | | Mar 14 2022 20:36:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519489875 | Email/PDF: bncnotices@becket-lee.com | Mar 14 2022 20:47:18 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519457587 | | Dsnb Macys |
| 519457607 | | Syncb/Tjxdc |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2022            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| J. Todd Murphy | on behalf of Debtor Leticia Rodriguez tmurphy@toddmurphylaw.com tmurphyecfmail@gmail.com;ejacobson381@gmail.com;G7187@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4