UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Leticia Rodriguez<br>42 Carmen St.<br>Somerset, NJ 08873 | Case No.: _____21-19480-MBK_____<br><br>Judge: _____Michael B. Kaplan_____<br><br>Chapter:     13 |

**FILED**

JEANNE A. NAUGHTON, CLERK

### CERTIFICATION IN SUPPORT OF DISCHARGE

AUG 2 8 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ

BY _____DEPUTY

I, _____Leticia Rodriguez_____, debtor in the above captioned case request the Court issue a discharge on my behalf. As such I hereby certify as follows:

1.  All payments required to be made by me to the standing trustee under my plan have been made and are paid in full.

2.  ☑    I am not required to pay domestic support obligations, or

    ☐    I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification, or

    ☐    I am required to pay domestic support obligations, but have not paid all amounts due pursuant to court order or statute as of the date of this certification.

3.  My current address is:   42 Carmen St. Somerset, NJ 08873 _____

    _____

    _____.

4.  The name and address of my current employer is (enter NONE if not currently employed):

    Borough of Bound Brook _____

    230 Hamilton St. _____

    Bound Brook, NJ 08805 _____.

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 23, 2023 _____

Debtor's Signature

**NOTE: Each debtor in a joint case must file separate Certifications in Support of Discharge.**

*Rev. 1/1/08*

Form clsnodsc – ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21–19480–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Leticia Rodriguez
42 Carmen st.
Somerset, NJ 08873

Social Security No.:
xxx–xx–5851

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above–named case will be closed without entry of discharge on or after August 31, 2023 for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: August 1, 2023
JAN: mrg

Jeanne Naughton
Clerk

001593                                        3141000159011



US POSTAGE

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7004 0750 0000 5700 5983

United States Bankruptcy Court
District of NJ
402 East State St
Trenton, NJ 08608

Leticia Rodriguez
42 Carmen St
Somerset NJ

08608-150705