---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Leticia Rodriguez** | Social Security number or ITIN   xxx–xx–5851 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number:  **21–19480–MBK** | | |

---

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Leticia Rodriguez

8/28/23

**By the court:** <u>Michael B. Kaplan</u>
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                **Chapter 13 Discharge**                page 2

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 21-19480-MBK

Leticia Rodriguez    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3

Date Rcvd: Aug 28, 2023    Form ID: 3180W    Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leticia Rodriguez, 42 Carmen st., Somerset, NJ 08873-2407 |
| 519477436 | + | Chase Master Card Rewards, PO Box 15548, Wilmington, DE 19886-5548 |
| 519457585 | + | Court Officer Eric DeGuilo, PO Box 7000, Gren Brook, NJ 08812-7000 |
| 519457588 | | Goodyr/Cbna, P.O. Box 5003, Sioux Falls, SD 57117 |
| 519457593 | + | Nissan, P.O. BOX 740849, Cincinnati, OH 45274-0849 |
| 519457599 | | State of New Jersey/Division of Taxation, Administration/Bldg. 6, 595 Newark Ave., Jersey City, 07306-2394 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 28 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 28 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519457575 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 28 2023 20:35:00 | Absolute Resolutions I, 8000 Norman Center Dr St, Bloomington, MN 55437 |
| 519470073 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 28 2023 20:35:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 519457576 | + | Email/Text: bncnotifications@pheaa.org | Aug 28 2023 20:35:00 | Aes/Nct, Po Box 61047, Harrisburg, PA 17106-1047 |
| 519457577 | + | EDI: CITICORP.COM | Aug 29 2023 00:25:00 | Best Buy/Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 519457578 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 28 2023 20:37:05 | Best Egg, 3419 Silverside Rd, Wilmington, DE 19810-4801 |
| 519457579 | + | EDI: CAPITALONE.COM | Aug 29 2023 00:25:00 | Cap1/L&T, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519457580 | + | EDI: CAPITALONE.COM | Aug 29 2023 00:25:00 | Capital One, N.A., Po Box 30273, Salt Lake City, UT 84130-0273 |
| 519457581 | + | EDI: CITICORP.COM | Aug 29 2023 00:25:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519457582 | + | EDI: CITICORP.COM | Aug 29 2023 00:25:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519457583 | + | EDI: CITICORP.COM | Aug 29 2023 00:25:00 | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519477437 | + | EDI: CITICORP.COM | Aug 29 2023 00:25:00 | Citi Diamond Preferred Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 519457584 | + | EDI: WFNNB.COM | Aug 29 2023 00:25:00 | Comenitybank/Ny&Co, Po Box 182789, Columbus, OH 43218-2789 |
| 519477438 | + | EDI: CITICORP.COM | Aug 29 2023 00:25:00 | Macys/Dsnb, Po Box 8218, Mason, OH 45040 |

| | | | |
|---|---|---|---|
| 519461591 | | EDI: DISCOVER.COM | |
| | | Aug 29 2023 00:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519457586 | + | EDI: DISCOVER.COM | |
| | | Aug 29 2023 00:25:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 519457589 | | EDI: IRS.COM | |
| | | Aug 29 2023 00:25:00 | IRS, 955 S. Springfield Avenue, Bldg. A, Springfield, NJ 07081 |
| 519457590 | | Email/Text: clientservices@paradigmassets.com | |
| | | Aug 28 2023 20:35:00 | Jhpde Finance I, Llc, 5757 Phantom Dr Ste 250, Hazelwood, MO 63042 |
| 519477435 | | EDI: JPMORGANCHASE | |
| | | Aug 29 2023 00:25:00 | Chase Freedom Card, PO Box 15548, Wilmington, DE 19886 |
| 519457591 | | EDI: JPMORGANCHASE | |
| | | Aug 29 2023 00:25:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519457592 | | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Aug 28 2023 20:35:00 | Kohls/Capone, N56 Ridgewood Dr, Menomonee Fal, WI 53051 |
| 519510560 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Aug 28 2023 20:35:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519457594 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Aug 28 2023 20:35:00 | Pnc Bank, Po Box 8703, Dayton, OH 45401 |
| 519509611 | | EDI: PRA.COM | |
| | | Aug 29 2023 00:25:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519457595 | + | Email/Text: bankruptcy@rubinrothman.com | |
| | | Aug 28 2023 20:35:00 | Rubin & Rothman LLC, 1787 Veterans Highway, Attn Krista Miller Esq., Islandia, NY 11749-1500 |
| 519457596 | + | Email/Text: bankruptcy@savit.com | |
| | | Aug 28 2023 20:36:00 | Sa Vit Collection Agen, 46c W Ferris St, East Brunswick, NJ 08816-2159 |
| 519457598 | + | EDI: CITICORP.COM | |
| | | Aug 29 2023 00:25:00 | Sears/Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519457597 | + | EDI: CITICORP.COM | |
| | | Aug 29 2023 00:25:00 | Sears/Cbna, 13200 Smith Rd, Cleveland, OH 44130-7802 |
| 519457600 | + | EDI: RMSC.COM | |
| | | Aug 29 2023 00:25:00 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519457601 | | EDI: RMSC.COM | |
| | | Aug 29 2023 00:25:00 | Syncb/Care, C/O P.O. Box 965036, Orlando, FL 32896-5036 |
| 519457602 | + | EDI: RMSC.COM | |
| | | Aug 29 2023 00:25:00 | Syncb/Carecr, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 519457603 | | EDI: RMSC.COM | |
| | | Aug 29 2023 00:25:00 | Syncb/Oldnav, P.O. Box 29116, Shawnee Missio, KS 66201 |
| 519457604 | | EDI: RMSC.COM | |
| | | Aug 29 2023 00:25:00 | Syncb/Pcri, C/O P.O. Box 965036, Orlando, FL 32896-5036 |
| 519457606 | + | EDI: RMSC.COM | |
| | | Aug 29 2023 00:25:00 | Syncb/Tjx, Po Box 965015, Orlando, FL 32896-5015 |
| 519457605 | + | EDI: RMSC.COM | |
| | | Aug 29 2023 00:25:00 | Syncb/Tjx, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519457609 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | |
| | | Aug 28 2023 20:35:00 | Toyota Motor Credit, 4 Gatehall Dr. #350, Parsippany, NJ 07954 |
| 519477439 | + | Email/Text: ClericalSupport@tenagliahunt.com | |
| | | Aug 28 2023 20:35:00 | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519457608 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | |
| | | Aug 28 2023 20:35:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519489875 | | Email/PDF: bncnotices@becket-lee.com | |
| | | Aug 28 2023 20:48:03 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519457610 | + | EDI: WFFC2 | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 29 2023 00:25:00 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 519461771 | + | EDI: WFFC2 | | |
| | | | Aug 29 2023 00:25:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 519472776 | | EDI: WFFC2 | | |
| | | | Aug 29 2023 00:25:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519457611 | + | EDI: WFFC2 | | |
| | | | Aug 29 2023 00:25:00 | Wf Crd Svc, Po Box 14517, Des Moines, IA 50306-3517 |
| 519457612 | + | EDI: WFFC2 | | |
| | | | Aug 29 2023 00:25:00 | Wf Pll, Po Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519457587 | | Dsnb Macys |
| 519457607 | | Syncb/Tjxdc |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 30, 2023          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| J. Todd Murphy | on behalf of Debtor Leticia Rodriguez courts@dublinpackard.com tmurphyecfmail@gmail.com;ejacobson381@gmail.com;G7187@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4